ACCEPTED
01-15-00395-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 1:39:05 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00395-CR

| | | |
|---|---|---|
| EVER RODRIGUEZ GONZALEZ | X | IN THE COURT OF APPEALS |
| | X | HOUSTON, TEXAS |
| | X | |
| VS. | X | FOR THE STATE OF TEXAS |
| | X | |
| | X | |
| THE STATE OF TEXAS | X | 1ST JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/8/2015 1:39:05 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR SECOND EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

COMES NOW, EVER RODRIGUEZ GONZALEZ, Appellant, and moves for an extension of time in which to file the Appellant's brief, until and including Monday, September 28, 2015, and would further show as follows:

A. The deadline for filing the brief in this cause was August 31, 2015;

B. A request is hereby made for an extension of time to file the Appellant's Brief, until and including Monday, September 28, 2015;

C. The undersigned attorney, Bob Wicoff, has been unusually busy with other matters which have kept him from completing the brief by the current deadline, including, but not limited to, the following:

KENNETH BROWN VS. THE STATE OF TEXAS; NO. 01-15-00357-CR; Appellant's Brief due September 4, 2015.

Additionally, the undersigned serves on two panels of the Texas Forensic Science Commission, the Hair Microscopy Panel and the DNA Mixture Interpretation Panel, both of which consume a large amount of the undersigned's time and typically

require weekly out-of-town travel. Counsel has also spoken at two CLEs in the past month.

D. One previous extension has been granted.

WHEREFORE, the Appellant requests that the deadline for filing his brief in this case be extended until and including September 28, 2015.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Bob Wicoff
**BOB WICOFF**
1201 Franklin, Thirteenth Floor
Houston Texas 77002
(713) 274-6781
TBA No. 21422700
Bob.wicoff@pdo.hctx.net

## CERTIFICATE OF SERVICE

A true copy of this motion has been served electronically on the Harris County District Attorney's Office Appellate Division on September 8, 2015.

/s/ Bob Wicoff
**BOB WICOFF**